IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **NENA HELENE SIEMENS,** *fka* **NENA SUSANNE KRUGER,** **Defendant.** | Case No. CR-22-04-H-BMM ORDER |

Based on the United States' unopposed motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the United States' motion to dismiss certain counts in the indictment is **GRANTED**. Counts VI, VII, VIII, and the forfeiture allegation in the indictment are dismissed without prejudice.

**DATED** this 9th day of February 2023.

Brian Morris, Chief District Judge
United States District Court